# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KYLE ALLEN (19),<br><br>　　　　　　Defendant. | Case No. 15CR2932-H<br><br>Booking No. 51550-048<br><br>JUDGMENT AND ORDER<br>OF DISMISSAL |

Based upon the motion of the United States, the Court grants the government's motion to dismiss without prejudice the Indictment in the above entitled case against defendant Kyle Allen. The defendant is hereby discharged and the bond is hereby exonerated.[1]

IT IS SO ORDERED AND ADJUDGED.

DATED: November 26, 2018

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE MARILYN L. HUFF
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] If the bond was secured by a cash deposit and/or property, counsel must prepare an order to disburse funds and/or release collateral and submit the proposed order, pursuant to General Order 635 (S.D. Cal., February 6, 2014), to the Magistrate Judge who set the bail conditions.

-1-